**FILED**

# United States District Court

SEP 22 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

ALFREDO RIOS

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06mj94-CSC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 21, 2006__, in __Montgomery__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

escape from an institution or facility in which he was confined,

in violation of Title __18__ United States Code, Section(s) __751__. I further state that I am a(n) __Deputy U.S. Marshal__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 22, 2006                              at   Montgomery, Alabama
Date                                                  City and State

Susan Russ Walker, U. S. Magistrate Judge         _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT

I, the Undersigned affiant, being duly sworn state the following is true and correct to the best of my knowledge and belief. I am a Deputy United States Marshal assigned to the Gulf Coast Regional Fugitive Task Force, Montgomery, Alabama office.

On March 16, 2004, Alfredo Rios was arrested and charged with possession with intent to distribute cocaine in the Middle District of North Carolina. On September 21, 2004, Rios was sentenced to 126 months in the custody of the Federal Bureau of Prisons.

On April 24, 2006, Rios was transferred into the custody of the Federal Prison Camp at Maxwell AFB.

On September 21, 2006, Rios was assigned to a work detail at Gunter AFS. Rios arrived at his detail at approximately 12:00 p.m. When the bus arrived at approximately 2:00 p.m. to pick up the work detail, Rios was not there. When the bus arrived at Maxwell at approximately 3:00 p.m. an emergency count was conducted. At the conclusion of the emergency count, Rios could not be located. Investigators later interviewed an inmate on the work detail with Rios. The inmate told investigators that Rios had told him he was meeting a female at a local hotel.

Based on the aforementioned information it is believed that Rios has escaped federal custody.

Athen Reeves
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before
me this 22nd day of September, 2006.

_____
U.S Magistrate Judge

9/22/06
Date