**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OCT 11 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. __2:06cr233-MHT__ |
| *FRANCISCO AMAURY RIUZ OGANDO ) | [18 USC 751(a)] |
| ~~JOHN DOE,~~ a/k/a ) | |
| ALFREDO RIOS, a/k/a ) | |
| ALFREDO RIOS PEREZ, a/k/a ) | |
| ALFREDO RODRIQUEZ RIOS, a/k/a ) | |
| ALFREDO RODRIQUEZ, a/k/a ) | |
| OBED RIVERA ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 21st day of September, 2006, in Montgomery, Alabama, in the Middle District of Alabama, the defendant,

*FRANCISCO AMAURY RUIZ OGANDO
~~JOHN DOE~~, a/k/a
ALFREDO RIOS, a/k/a
ALFREDO RIOS PEREZ, a/k/a
ALFREDO RODRIQUEZ RIOS, a/k/a
ALFREDO RODRIQUEZ, a/k/a
and OBED RIVERA ,

having been lawfully committed to the custody of the Attorney General at the Maxwell Federal Prison Camp at Maxwell Air Force Base, Montgomery, Alabama, by virtue of a judgment and commitment order on September 21, 2004, by the United States District Court for the Middle District of North Carolina, under Case Number 1:04cr142-1, did unlawfully escape from such custody in violation of Title 18, United States Code, Section 751(a).

*NAME AMENDED/CORRECTED PER 12/14/07 ORDER DN 27

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney