**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
P. O. BOX 128
MACON, GEORGIA 31202

GREGORY J. LEONARD
CLERK
PHONE: 912-752-3497
FTS: 8-238-0411

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

June 8, 2007

To: CLERK, U.S. DISTRICT COURT
Middle District of Alabama, Northern Div.
P.O. Box 711
Montgomery, Alabama  36101

Re: Case No.  5:07-mj-06-02

U.S. vs.  John Doe a/k/a Alfredo Rios

Dear Sir/Madam:

We herewith enclose all material in our court file to date in the above styled cause, which has been transferred to your district pursuant to:

Rule 20 _____    Rule 21 b _____    Removal - Rule 5  X

Probation Transfer _____    After magistrate hearing _____

Other _____. These documents are itemized below:

Minute sheet, Financial Affidavit, CJA Voucher, Order of Detention and Removal

Please acknowledge receipt on the copy of this letter which is provided.

Respectfully,

GREGORY J. LEONARD, CLERK

By: _____
Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received said papers on _____

Case No. Assigned _____

By: _____

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

JOHN DOE, aka ALFRDO RIOS,
aka ALFREDO RIOS PEREZ,
aka ALFREDO RODRIQUEZ RIOS
aka ALFREDO RODRIQUEZ
aka OBED RIVERA

**WARRANT FOR ARREST**

Case 5:07-MS-06-02 (AW)
2:06cr233-MHT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHN DOE__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

ESCAPE

in violation of Title __18__ United States Code, Section(s) __751(a)__

__DEBRA P. HACKETT__
Name of Issuing Officer

By: _[signature]_
Signature of Issuing Officer

__CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA__
Title of Issuing Officer

__October 17, 2006; Montgomery, Alabama__
Date and Location

RETURN

# U.S. District Court [LIVE AREA]
## United States District Court for the Middle District of Georgia (Macon)
## CRIMINAL DOCKET FOR CASE #: 5:07-mj-00602-CWH-ALL
### Internal Use Only

Case title: U.S.A. v. Doe

Date Filed: 06/06/2007

Assigned to: U.S. Mag. Judge Claude W. Hicks, Jr

**Defendant**

**John Doe** (1)
*TERMINATED: 06/08/2007*
*also known as*
Alfredo Rios (1)
*TERMINATED: 06/08/2007*

represented by **Doye E. Green, Jr.**
P.O. Box 66601
Macon, GA 31208
478-743-9517
Email: degreenjr@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
18:751A.F-Escape from custody

**Disposition**

**Plaintiff**
U.S.A.

represented by **Harry J. Fox, Jr.**
P.O. Box 1702
Macon, GA 31202-1702
478-752-3511
Email: harry.fox@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2007 |  | Arrest (Rule 5) of John Doe; Deft to be brought before Judge Hicks on 6/7/07 at 2:30 pm. (mjw, ) (Entered: 06/06/2007) |
| 06/06/2007 |  | Proceedings held before Judge Claude W. Hicks Jr.:Attorney Appointment Hearing as to John Doe a/k/a Alfredo Rios held on 6/6/2007; Doye Green, Jr. appointed. (mjw, ) (Entered: 06/06/2007) |
| 06/06/2007 | 1 | Rule 5(c)(3) Documents Received as to John Doe. (mjw, ) (Entered: 06/06/2007) |
| 06/06/2007 | 2 | CJA 20 as to John Doe: Appointment of Attorney Doye E. Green, Jr for John Doe. Ordered by Judge Claude W. Hicks Jr. on 6/6/07. (mjw, ) (Entered: 06/06/2007) |
| 06/07/2007 | 3 | ORDER OF DETENTION AND REMOVAL as to John Doe, a/k/a ALFREDO RIOS, a/k/a ALFREDO RIOS PEREZ, a/k/a ALFREDO RODRIQUEZ RIOS, a/k/a ALFREDO RODRIQUEZ, a/k/a OBED RIVERA. Ordered by Judge Claude W. Hicks Jr. on 6/7/07. (Hicks, Claude) (Entered: 06/07/2007) |
| 06/07/2007 | 5 | Minute Entry for proceedings held before Judge Claude W. Hicks Jr.:Initial Appearance in Rule 5 Proceedings as to John Doe a/k/a Alfredo Rios held on 6/7/2007; Deft did not dispute identity; Deft ordered removed to Alabama. (Court Reporter electronic recording.) (mjw, ) (Entered: 06/08/2007) |
| 06/08/2007 | 4 | CJA 23 Financial Affidavit by John Doe a/k/a Alfredo Rios (mjw, ) (Entered: 06/08/2007) |
| 06/08/2007 | 6 | Letter regarding Removal to M D of Al (mjw, ) (Entered: 06/08/2007) |
| 06/08/2007 |  | ***Terminated defendant John Doe, pending deadlines, and motions. (mjw, ) (Entered: 06/08/2007) |

**MINUTE SHEET**

TIME   8 min.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

___MACON___ DIVISION AT ___MACON___, GEORGIA

( x ) OPEN COURT   ( ) CHAMBERS    DATE: __JUNE 7, 2007__

HONORABLE ___CLAUDE HICKS, JR.___

___DIGITAL RECORDER___
COURT REPORTER

___DIANE HOLMSTROM___
DEPUTY CLERK

CASE NO. ___5:07-mj-06___

LAW CLERK

___UNITED STATES OF AMERICA___        ___HARRY J. FOX___
                                               COUNSEL

VS

___JOHN DOE A/K/A ALFREDO RIOS___      ___DOYE GREEN, JR.___
                                               COUNSEL

CASE CAME ON FOR  ( ) JURY   ( ) NON-JURY TRIAL ON THE MERITS
( ) PRE-TRIAL   ( ) EVIDENTIARY HEARING   ( ) SENTENCING
( ) STATUS CONFERENCE   ( ) DISCOVERY CONFERENCE   ( X ) OTHER

Rule 5 Removal

Defendant has received copy of charge.  AUSA stated charge and possible sentence.  Court explained rights to defendant.  Defendant has right to have counsel, both here and in Alabama; defendant has right to have attorney present at any questioning; defendant has right not make statements.  Defendant does not dispute identity.  Court ordered defendant removed to Alabama to face charge of escape.  Order of removal to be issued.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | NO. 5: 07-MJ-06-02 (CWH) |
| JOHN DOE a/k/a ALFREDO RIOS, a/k/a ALFREDO RIOS PEREZ, a/k/a ALFREDO RODRIQUEZ RIOS, a/k/a ALFREDO RODRIQUEZ, a/k/a OBED RIVERA, | REMOVAL PROCEEDINGS FROM THE MIDDLE DISTRICT OF ALABAMA Case No. 2:06cr233-MHT |
| Defendant | |

**ORDER OF DETENTION AND REMOVAL**

The above-named defendant is charged in an INDICTMENT with violation of 18 U.S.C. §751(a), alleged to have been committed in the **MIDDLE DISTRICT OF ALABAMA**.

BRIEF DESCRIPTION OF CHARGE:

ESCAPE from MAXWELL FEDERAL PRISON CAMP, ALABAMA, on or about September 21, 2006.

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant

☐ has been established by clear and convincing evidence

☒ has been admitted by the defendant.

The court further finds that release from custody is not appropriate, there being probable cause to believe that the defendant escaped from federal custody while under a sentence of incarceration. He is therefore ordered DETAINED pending further proceedings in the Middle District of Alabama.

ACCORDINGLY, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him, all proceedings in this district required by Rules 5/40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 7th day of JUNE, 2007.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| GAMMA | John Doe a/k/a Alfredo Rios | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 5:07-mj-06-02(CWH)(001 of 1) | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v Doe | x Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | x Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | OT |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
Rule 5 removal hearing

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Doye Green, Jr.
Attorney at Law
P.O. Box 66601
Macon GA 31208

Telephone Number: 478 743 9517

**13. COURT ORDER**
x O  Appointing Counsel          C  Co-Counsel
☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney     ☐ Y  Standby Counsel

Prior Attorney's
Appointment Dates: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

*[signature]*
Signature of Presiding Judicial Officer or By Order of the Court

6/6/07
Date of Order        Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.  ☐ YES  ☐ NO

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $94.00) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $94.00) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM: _____ TO: _____ | | |

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number ____   ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?  ☐ YES  ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | DATE | 34a. JUDGE CODE |
|---|---|---|

2