IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO.   2:06-cr-233-MHT |
| ) | |
| John Doe, a/k/a    ) | |
| Alfredo Rios, a/k/a    ) | |
| Alfredo Rios Perez, a/k/a    ) | |
| Alfredo Rodriquez Rios, a/k/a    ) | |
| Alfredo Rodriquez, a/k/a    ) | |
| Obed Rivera    ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Christopher A. Snyder, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 15th day of June, 2007.

                LEURA G. CANARY
                United States Attorney

                /s/ Christopher A. Snyder
                CHRISTOPHER A. SNYDER
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334.223.7280
                334.223.7135 fax
                christopher.a.snyder@usdoj.gov