IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr233-MHT |
| | ) | |
| John Doe, a/k/a | ) | |
| Alfredo Rios, a/k/a | ) | |
| Alfredo Rios Perez, a/k/a | ) | |
| Alfredo Rodriquez Rios, a/k/a | ) | |
| Alfredo Rodriquez, a/k/a | ) | |
| Obed Rivera | ) | |

## **ORDER**

Upon consideration of the government's motion for detention (Doc. # 10), filed June 15, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot, as defendant is presently serving a federal sentence. The defendant is hereby bound over to the district court for further proceedings. It is further

ORDERED that the defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 18th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE