IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr233-MHT |
| | ) | |
| John Doe a/k/a Alfredo Rios a/k/a | ) | |
| Alfredo Rios Perez a/k/a Alfredo | ) | |
| Rodriquez Rios a/k/a Alfredo | ) | |
| Rodriquez a/k/a Obed Rivera | ) | |

## **CONSENT**

I hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DATED this _27TH_ of June, 2007.

_____
DEFENDANT

_____
COUNSEL