IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:06-cr-233-MHT |
| ) | |
| JOHN DOE, a/k/a ) | |
| ALFREDO RIOS, a/k/a ) | |
| ALFREDO RIOS PEREZ, a/k/a ) | |
| ALFREDO RODRIQUEZ RIOS, a/k/a ) | |
| ALFREDO RODRIQUEZ, a/k/a ) | |
| OBED RIVERA ) | |

UNITED STATES' MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests that the sentencing in the above styled case be continued, and as grounds states the following:

On October 11, 2006, John Doe (also known by the above listed aliases) was indicted by a grand jury in the Middle District of Alabama and charged in a one-count indictment with Escape from the Maxwell Federal Prison Camp, Maxwell Air Force Base, Montgomery, Alabama.

On June 27, 2007, the defendant entered a guilty plea before United States Magistrate Judge Susan Russ Walker. Sentencing of the defendant is set for October 17, 2007, at 10:00 a.m. before United States District Judge Myron H. Thompson.

The government has reason to believe that additional information will become available which may impact the defendant's presentence investigative report and sentence.

In the interest of justice and completing the presentence investigative report accurately, the government requests that the sentencing be continued for thirty days from October 17, 2007.

The United States contacted Michael Petersen, counsel for the defendant, and the defendant does object to a continuance of his sentence.

Respectfully submitted on this 11th day of September, 2007.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-233-MHT |
| | ) | |
| JOHN DOE, a/k/a | ) | |
| ALFREDO RIOS, a/k/a | ) | |
| ALFREDO RIOS PEREZ, a/k/a | ) | |
| ALFREDO RODRIQUEZ RIOS, a/k/a | ) | |
| ALFREDO RODRIQUEZ, a/k/a | ) | |
| OBED RIVERA | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Petersen, Esquire.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov