IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr233-MHT |
| JOHN DOE | ) | |

## ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 21) is granted.

(2) Sentencing of defendant John Doe, now set for October 17, 2007, is reset for December 3, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 13th day of September, 2007.

                                /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE