IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                ) | CRIMINAL ACTION NO. |
| ) | 2:06cr233-MHT |
| JOHN DOE, a/k/a                   ) | |
| ALFREDO RIOS, a/k/a               ) | |
| ALFREDO RIOS PEREZ, a/k/a         ) | |
| ALFREDO RODRIQUEZ RIOS,           ) | |
| a/k/a ALREDO RODRIQUEZ,           ) | |
| a/k/a OBED RIVERA                 ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant John Doe's motion to continue sentencing (Doc. No. 23) is granted.

(2) Sentencing of defendant Doe, now set for December 3, 2007, is reset for January 24, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 6th day of November, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE