IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr233-MHT |
| FRANCISCO AMAURY RUIZ OGANDO | ) | |
| | ) | |

ORDER

It is ORDERED as follows:

(1) The unopposed motion to amend and correct name of defendant (Doc. No. 25) is granted.

(2) The indictment and other documents in this case are amended to reflect that the correct name of the defendant is Francisco Amaury Ruiz Ogando.

DONE, this the 14th day of December, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE