IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA       )
                               )
          v.                   )    CRIMINAL ACTION NO.
                               )      2:06cr233-MHT
FRANCISCO AMAURY RUIZ          )
OGANDO                         )

                          ORDER

It is ORDERED that sentencing of defendant Francisco
Amaury Ruiz Ogando, now set for January 24, 2008, is
reset for February 21, 2008, at 10:00 a.m. at the Frank
M. Johnson, Jr. United States Courthouse Complex,
Courtroom 2FMJ, One Church Street, Montgomery, Alabama,
36104.

DONE, this the 4th day of January, 2008.


          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE