IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr233-MHT |
| | ) | |
| FRANCISCO AMAURY RUIZ OGANDO | ) | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 20th day of February, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr233-MHT |
| | ) | |
| FRANCISCO AMAURY RUIZ OGANDO | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Petersen, Esq.

    Respectfully submitted,

    /s/Nathan D. Stump
    NATHAN D. STUMP
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: nathan.stump@usdoj.gov